IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:07CR406
                              )
       v.                     )
                              )
ROBERT BRAY,                  )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 13). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 14). The Court further notes plaintiff has no objection. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, April 28, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 8, 2008, and April 28, 2008,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court