IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR406 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BRAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for reduction of sentence pursuant to Rule 35(b) (Filing No. 40). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; defendant is sentenced to four months of house arrest. All other terms of the judgment and committal order (Filing No. 36) remain in full force and effect.

DATED this 5th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court